UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 26-1096

Caption [use short title]

Motion for: Compelling Compliance with FRAP 30(b)(1)

Akhtar v. Aggarwala

Set forth below precise, complete statement of relief sought:

I seek that Plaintiffs / Appellants be compelled

to comply with FRAP 30(b)(1) by serving on the Appellees

a designation of the parts of the record the Appellants

intend to include in the appendix, and/or such other

and further relief that the Court deems just and

proper.

MOVING PARTY: Eric M. Eisenberg          OPPOSING PARTY: All Plaintiffs (Mohammed Akhtar, Swing 46)

☐ Plaintiff          ☑ Defendant

☐ Appellant/Petitioner     ☑ Appellee/Respondent

MOVING ATTORNEY: Eric Mitchell Eisenberg          OPPOSING ATTORNEY: Anthony N. Iannarelli, Jr.

[name of attorney, with firm, address, phone number and e-mail]

454 West 46th Street, Unit 1ES          74 Lafayette Avenue

New York, NY 10036          Suffern, NY 10901

518-573-2714 ericeis@gmail.com          212-381-6098 anilaw2@gmail.com

Court- Judge/ Agency appealed from: SDNY - Hon. Jessica G.L. Clarke

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☑ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:

Has this request for relief been made below?          ☐ Yes  ☑ No
Has this relief been previously sought in this court?          ☐ Yes  ☑ No

Requested return date and explanation of emergency:
June 8, 2026, in light of Court-ordered briefing deadlines.

Is the oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☑ No If yes, enter date: _____

Signature of Moving Attorney:
_____ Date: May 20, 2026          Service : ☑ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# 26-1096

UNITED STATES COURT OF APPEALS FOR
THE SECOND CIRCUIT

_____

MOHAMED JOHN AKHTAR and LA BUCA
RESTAURANT, INC. DBA SWING 46 JAZZ
AND SUPPER CLUB,

      Plaintiffs-Appellants

    -against-

ERIC ADAMS, Mayor of the City of New
York, ROHIT T. AGGARWALA, NEW YORK
CITY DEPARTMENT OF ENVIRONMENTAL
PROTECTION, ERIC I. EISENBERG,
ERIC M. EISENBERG, JANE DOES 1-30, and
JOHN DOES 1-30

      Defendants-Appellees

_____

**EMERGENCY MOTION**

**ERIC M. EISENBERG'S MEMORANDUM OF LAW IN SUPPORT OF HIS EMER-
GENCY MOTION TO COMPEL PLAINTIFFS TO COMPLY WITH FRAP 30(b)(1)**

By this motion, the undersigned is moving to compel Plaintiffs-Appellants to comply

with FRAP 30(b)(1), specifically by serving on the Appellees a designation of the parts of the

record the Appellants intend to include in the appendix, and/or for such other and further relief

that this Court deems just and proper.

1

**Need for Emergency Relief**

In light of upcoming briefing deadlines, and in view of the need for Appellees to have time to respond to Plaintiffs' designation of materials for the appendix, the undersigned respectfully request that this motion be noticed on and decided by **June 8, 2026**.

**Background**

In the related Second Circuit Appeal, 24-2370, Plaintiffs-Appellants filed a brief and appendix but did not make any attempt to work with Defendants as to the contents of the appendix and did not, prior to filing the appendix, serve a designation of materials to be included in the appendix.

I raised this failure at least on February 12, 2025. Appeal 24-2370, DktEntry 82.1, Pages 12-13 of 19 (Court's page numbering) ("Contrary to FRAP 30(b)(1), Iannarelli did not contact the undersigned, nor did he contact counsel for the city defendants, to either reach an agreement as to the contents of the appendix, or, failing that, to "serve on the appell[ee] a designation of the parts of the record the appellant intends to include in the appendix and a statement of the issues the appellant intends to present for review," so as to allow a counter-designation by appellees.") (internal citation omitted).

Appeal 24-2370 was subsequently dismissed for lack of jurisdiction.

In the instant Appeal, 26-1096, the record was filed on April 24, 2026. DktEntry 5.1. Accordingly, per FRAP 30(b)(1), Plaintiffs-Appellants' service on Defendants-Appellees of a designation of materials to be included in the Appendix was due May 8, 2026.

I have not received any designation of materials to be included in the Appendix from Plaintiffs-Appellants.

On Monday, May 18, 2026, 12:04 PM, I emailed counsel for Plaintiffs, requesting that Plaintiffs "Please indicate, by tomorrow (Tuesday, May 19th) at the latest, the materials plaintiffs will be including in the appendix. Alternately, please let me know, again by tomorrow, whether plaintiffs consent to or oppose a motion requiring them to so-indicate."

While Plaintiffs' counsel's immediate response did not address this request, and I indicated to Plaintiffs' counsel I took that as a refusal to provide appendix information, after some back and forth, on Monday, May 18, 2026, 2:57 PM, counsel for Plaintiffs stated that "And please make note that I did not say anything of the sort; that is, refusal to provide appendix information. I will let you know tomorrow, Tuesday, May 18, (sic.) whether there will be sufficient time to conclude it  on that day. Thank you. Anthony Iannarelli."

Plaintiffs counsel did not afterwards send me any additional correspondence regarding the Appendix.

**<u>Argument</u>**

Based on Plaintiffs-Appellants' above-described behavior in this and the related appeal, along with Plaintiffs' extensive noncompliance with Second Circuit procedures during the related appeal, it appears that Plaintiffs-Appellants are avoiding and/or delaying designating materials for the appendix, perhaps for tactical reasons. At a minimum, Plaintiffs-Appellants seem intent on forcing me to undergo the time and expense of preparing a Supplemental Appendix, knowing full well that I am self-represented and brand new to the Second Circuit bar. I respectfully request, that this Court order Plaintiffs to designate materials for the Appendix, by June 8, 2026 (or preferably earlier), and/or order such other and further relief as it may deem just and proper.

Dated:
May 20, 2026

Respectfully submitted,

/s/      *Eric Mitchell Eisenberg*
Eric Mitchell Eisenberg
454 West 46th Street, Unit 1ES
New York, NY 10036
518-573-2714
ericeis@gmail.com

4

## Certificate of Service

The undersigned hereby affirms, under penalty of perjury, that the foregoing memoran-

dum of law, with cover sheet, is being concurrently served on all counsel by ACMS.

Dated:
May 20, 2026

Respectfully submitted,

/s/      *Eric Mitchell Eisenberg*
Eric Mitchell Eisenberg
454 West 46th Street, Unit 1ES
New York, NY 10036
518-573-2714
ericeis@gmail.com