# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of August, two thousand twenty-six.

---

Mohamed John Akhtar, La Buca Restaurant, Inc., DBA Swing 46 Jazz and Supper Club,

Plaintiffs - Appellants,

v.

Zohran Mamdani, Mayor of the City of New York, Lisa F. Garcia, New York City Department of Environmental Protection, Eric M. Eisenberg, John and Jane Does One through Thirty, Eric I. Eisenberg,

Defendants - Appellees.

---

**ORDER**

Docket No. 26-1096

Appellants move for an extension of time, to September 18, 2026, to file their reply brief.

IT IS HEREBY ORDERED that the unopposed motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe