**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 26-~~1080~~ 1096

Caption [use short title]

**Motion for:** To file Appellants' Reply Brief "Out-of-Time" (Appellants did previously ask for an extention of time to 9/18/2026; this is the 1st for medical reasons)

Mohammed John Akhtar et al.

v.

Zohan Mamdani, Mayor, City of New York et a

Set forth below precise, complete statement of relief sought:

Appellants' Reply Brief was due on Friday, 9/18/2026 Because of unforeseen medical issues, it was not possible to have the Reply Brief filed at that time. Appellants' ask to be permitted to file the Reply contemperaneously with this Motion of 9/28/2026

**MOVING PARTY:** Mohammed John Akhtar et al.

**OPPOSING PARTY:** Zohran Mamdani, et al.

☐ Plaintiff ☐ Defendant

☒ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Anthonuy N. Iannarelli Jr.

**OPPOSING ATTORNEY:** Jeremy Shweder jshweder@law.nyc.gov

[name of attorney, with firm, address, phone number and e-mail]

| Moving attorney | Opposing attorney |
|---|---|
| P.O. BOX 166, SUFFERN, NY 10901 | NYC Law Department, Appeals Division, 100 Church Stree |
| anilaw2@gmail.com | New York, NY 10007 |
| 212-281-6098 | Jshweder@law.nyc.gov ; 212-356-1000 |

Court- Judge/ Agency appealed from: District Court Judge Hon. Jessica G.L. Clarke

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain):
Via email

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☒ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date:

**Signature of Moving Attorney:** [signature]

**Date:** 09/28/2026

Service : ☒ Electronic ☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)

# Affirmation of Anthony N. Iannarelli Jr.

Anthony N. Iannarelli Jr., of full age and the attorney for Appellants herein, affirm under the penalty of perjury to the following:

1. I am the attorney for Appellants and make this affirmation in support of a request to file Appellants' Reply Brief out-of-time.
2. The Reply Brief was due on or before September 18, 2026. Unfortunately, because of unforeseen medical events, I was unable to file on that date.
3. Because of the circumstances, I ask that Appellants' Reply Brief be allowed to be filed contemptuously with this Motion on September 28, 2026.
4. For full disclosure, a previous request for an extension had been granted permitting Appellants' Reply Brief to be filed on September 18, 2026. But given the circumstances, that was not possible.

I affirm to the truth of the foregoing and am aware that I can be subject to punishment for any statement knowingly made false.

Dated: September 28, 2026

Anthony N. Iannarelli Jr.
Attorney for Appellants